# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INNOVATIVE WIRELESS SOLUTIONS, LLC, ) <br> ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ZOOM TELEPHONICS, INC., ) <br> ) <br>         Defendant. ) | C.A. No. 13-1869-RGA <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Innovative Wireless Solutions, LLC and Zoom Telephonics, Inc. ("Zoom"), subject to the approval of the Court, that Zoom's time to file an Answer in response to the Complaint in this action shall be extended to February 10, 2014.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Stamatios Stamoulis* <br>     Stamatios Stamoulis (#4606) <br>     Richard C. Weinblatt (#5080) <br>     Two Fox Point Centre <br>     6 Denny Road, Suite 307 <br>     Wilmington, DE 19809 <br>     Tel: (302) 999-1540 <br>     stamoulis@swdelaw.com <br>     weinblatt@swdelaw.com <br><br> *Attorneys for Plaintiff* <br> *Innovative Wireless Solutions, LLC* | By: */s/ David E. Moore* <br>     Richard L. Horwitz (#2246) <br>     David E. Moore (#3983) <br>     Bindu A. Palapura (#5370) <br>     Hercules Plaza 6th Floor <br>     1313 N. Market Street <br>     Wilmington, DE 19899 <br>     Tel: (302) 984-6000 <br>     rhorwitz@potteranderson.com <br>     dmoore@potteranderson.com <br>     bpalapura@potteranderson.com <br><br> *Attorneys for Defendant* <br> *Zoom Telephonics, Inc.* |

IT IS SO ORDERED, this _____ day of _____ 2014.

_____
U.S.D.J.

1135581 / 41116